```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                             Case No. 18-50519-MEH
Tanya Sierra Steele                                                Chapter 7
Dorian James Steele
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0971-5          User: mtartagli              Page 1 of 2        Date Rcvd: Mar 12, 2018
                              Form ID: 309A                Total Noticed: 52
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 14, 2018.
```
db/jdb         +Tanya Sierra Steele,   Dorian James Steele,   413 S Pastoria Ave,   Sunnyvale, CA 94086-7567
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,   ACCOUNT REFERENCE GROUP MIC 29,   P O BOX 942879,
                 SACRAMENTO CA 94279-0029
               (address filed with court: State Board of Equalization,
                 Attn: Special Procedures Section, MIC:55,   P.O. Box 942879,   Sacramento, CA  94279)
14736149        Barclaycard Card Service,   Acct No xxxx-xxxx-xxxx-3049,   P.O. Box 60517,
                 City of Industry, CA 91716-0517
14736151       +Best Buy Credit Services,   Acct No xxxx xxxx xxxx 6979,   P.O. Box 790441,
                 Saint Louis, MO 63179-0441
14736150        Best Buy Credit Services,   Acct No xxxx xxxx xxxx 6979,   P.O. Box 78009,
                 Phoenix, AZ 85062-8009
14736153        CEFCU,   Acct No xxxxxx5-603,   P.O. Box 1715,   Peoria, IL 61656-1715
14736154        CEFCU,   Acct No xxxxxx5-603,   P.O. Box 1805,   Peoria, IL 61656-1805
14736161      ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,   Acct No xxxx xxxx xxxx 0808,   P.O. Box 78045,
                 Phoenix, AZ 85062-8045)
14736159       +Chase Bank,   Acct No 4651,   410 S Mathilda,   Sunnyvale, CA 94086-7603
14736164        Educational Computer Systems, Inc.,   Acct No xxxx1984,   P.O. Box 718,
                 Wexford, PA 15090-0718
14736165       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
14736166       +Experian,   P.O. Box 2002,   Allen, TX 75013-2002
14736168        Harvard University,   Acct No xxxx1984,   P.O. Box 1238,   Wexford, PA 15090-1238
14736169       +Home Depot,   Acct No xxxx xxxx xxxx 8274,   6716 Grade Lane,   Building 9, Suite 910,
                 Louisville, KY 40213-3410
14736171        Kaiser Permanente,   Acct No xxxxxxxx5945,   P.O. Box 629024,   El Dorado Hills, CA 95762-9024
14736172       #+Kaiser Permanente,   Acct No xxxxxxxx5945,   Patient Financial Services,   PO Box 74578,
                 Los Angeles, CA 90004-0578
14736179       +Pennsylvania State University,   Acct No xxxxx0049,   c/o Heartland ECSI,   P.O. Box 718,
                 Wexford, PA 15090-0718
14736180       +S.F. Fire Credit Union,   Acct No xxx2L19,   3201 California St,   San Francisco, CA 94118-1903
14736182        SoFi Lending Corp,   Acct No xx-x1554,   P.O. Box 654158,   Dallas, TX 75265-4158
14736181        SoFi Lending Corp,   Acct No xx-xx0970,   P.O. Box 654158,   Dallas, TX 75265-4158
14736145       +Tanya Sierra Steele,   Dorian James Steele,   413 S Pastoria Ave,   Sunnyvale, CA 94086-7567
14736185       +Target REDCard,   Acct No xxxxxxx3954,   P.O. Box 660171,   Dallas, TX 75266-0171
14736187        TransUnion,   P.O. Box 1000,   Chester, PA 19022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: frankkucera@thomassenlaw.com Mar 13 2018 02:10:05      Frank L. Kucera,
                 Frank L. Kucera & Associates, PC,   2490 Mariner Square Loop #260,   Alameda, CA  94501
tr              EDI: QMPOONJA.COM Mar 13 2018 05:58:00      Mohamed Poonja,   P.O. Box 1510,
                 Los Altos, CA  94023-1510
smg             EDI: EDD.COM Mar 13 2018 05:58:00      CA Employment Development Dept.,
                 Bankruptcy Group MIC 92E,   P.O. Box 826880,   Sacramento, CA  94280-0001
smg             EDI: CALTAX.COM Mar 13 2018 05:58:00      CA Franchise Tax Board,   Attn: Special Procedures,
                 P.O. Box 2952,   Sacramento, CA  95812-2952
smg             EDI: IRS.COM Mar 13 2018 05:58:00      IRS,   P.O. Box 7346,   Philadelphia, PA  19101-7346
ust             E-mail/Text: ustpregion17.sj.ecf@usdoj.gov Mar 13 2018 02:10:33
                 Office of the U.S. Trustee / SJ,   U.S. Federal Bldg.,   280 S 1st St. #268,
                 San Jose, CA  95113-3004
reqntc         +EDI: RMSC.COM Mar 13 2018 05:58:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 P.O. Box 41021,   Norfolk, VA 23541-1021
14736146        EDI: AMEREXPR.COM Mar 13 2018 05:58:00      American Express,   Acct No xxxx-xxxxxx-x3006,
                 P.O. Box 650448,   Dallas, TX 75265-0448
14736147        EDI: BANKAMER.COM Mar 13 2018 05:58:00      Bank of America,   Acct No xxxx xxxx xxxx 0335,
                 P.O. Box 15019,   Wilmington, DE 19886-5019
14736148        EDI: BANKAMER.COM Mar 13 2018 05:58:00      Bank of America,   Acct No xxxx xxxx xxxx 0335,
                 P.O. Box 982234,   El Paso, TX 79998-2234
14736152        EDI: TSYS2.COM Mar 13 2018 05:58:00      Card Services,   Acct No xxxx-xxxx-xxxx-3049,
                 P.O. Box 8802,   Wilmington, DE 19899-8802
14736155        EDI: CHASE.COM Mar 13 2018 05:58:00      Chase,   Acct No xxxx xxxx xxxx 2458,   P.O. Box 94014,
                 Palatine, IL 60094-4014
14736156       +EDI: CHASE.COM Mar 13 2018 05:58:00      Chase,   Acct No xxxx xxxx xxxx 7195,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
14736157        EDI: CHASE.COM Mar 13 2018 05:58:00      Chase,   Acct No xxxx xxxx xxxx 2458,   P.O. Box 15298,
                 Wilmington, DE 19850-5298
14736158       +EDI: CHASE.COM Mar 13 2018 05:58:00      Chase Bank,   Acct No 4651,   PO Box 36520,
                 Louisville, KY 40233-6520
14736160        EDI: CHASE.COM Mar 13 2018 05:58:00      Chase Slate,   Acct No xxxx xxxx xxxx 7195,
                 P.O. Box 94014,   Palatine, IL 60094-4014
14736163        EDI: CITICORP.COM Mar 13 2018 05:58:00      Citi Cards,   Acct No xxxx xxxx xxxx 6004,
                 P.O. Box 6004,   Sioux Falls, SD 57117-6004
14736162       +EDI: CITICORP.COM Mar 13 2018 05:58:00      Citi Cards,   Acct No xxxx xxxx xxxx 0808,
                 Box 6500,   Sioux Falls, SD 57117-6500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14736143        E-mail/Text: frankkucera@thomassenlaw.com Mar 13 2018 02:10:05      Frank L. Kucera,
                 Frank L. Kucera & Associates, P.C.,    2490 Mariner Square Loop,    Suite 260,
                 Alameda, CA 94501
14736167       +E-mail/Text: bankruptcy@golden1.com Mar 13 2018 02:10:55      Golden1 Credit Union,
                 Acct No xxx6035,    P.O. Box 15966,    Sacramento, CA 95852-0966
14736173        EDI: RMSC.COM Mar 13 2018 05:58:00      Lowe's,    Acct No xxx xxxx xxx9699,    P.O. Box 530914,
                 Atlanta, GA 30353-0914
14736174        EDI: NAVIENTFKASMSERV.COM Mar 13 2018 05:58:00      Navient,    Acct No xxxxxx0807,
                 P.O. Box 9500,    Wilkes Barre, PA 18773-9500
14736175        EDI: NAVIENTFKASMSERV.COM Mar 13 2018 05:58:00      Navient,    Acct No xxxxxx0807,
                 P.O. Box 9640,    Wilkes Barre, PA 18773-9640
14736176        EDI: NAVIENTFKASMDOE.COM Mar 13 2018 06:03:00      Navient U.S. Dept of Education,
                 Acct No xxxxxx0807,    P.O. Box 9635,    Wilkes Barre, PA 18773-9635
14736178        E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2018 02:10:42      Nelnet,    Acct No xxxxxx4536,
                 P.O. Box 82561,    Lincoln, NE 68501-2561
14736177        E-mail/Text: electronicbkydocs@nelnet.net Mar 13 2018 02:10:42      Nelnet,    Acct No xxxxxx4536,
                 P.O. Box 82505,    Attn: Claims,    Lincoln, NE 68501-2505
14736183        EDI: RMSC.COM Mar 13 2018 05:58:00      Synchrony Bank,    Acct No xxx xxxx xxx9699,
                 P.O. Box 965030,    Orlando, FL 32896-5030
14736186       +EDI: WTRRNBANK.COM Mar 13 2018 05:58:00      TD Bank USA, N.A.,    Acct No xxxxxxx3954,
                 c/o Target Card Services,    P.O. Box 9500,    Minneapolis, MN 55440-9500
14736184        EDI: WTRRNBANK.COM Mar 13 2018 05:58:00      Target Card Services,    Acct No xxxxxxx3954,
                 P.O. Box 673,    Minneapolis, MN 55440-0673
                                                                                               TOTAL: 29

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14736170*       Internal Revenue Service,    Centralized Insolvency Operation,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14736144*      +Tanya Sierra Steele,    413 S Pastoria Ave,    Sunnyvale, CA 94086-7567
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
```
              Frank L. Kucera    on behalf of Joint Debtor Dorian James Steele frankkucera@thomassenlaw.com
              Frank L. Kucera    on behalf of Debtor Tanya Sierra Steele frankkucera@thomassenlaw.com
              Mohamed    Poonja     mp@poonja.us, mpoonja@ecf.epiqsystems.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Tanya Sierra Steele** | Social Security number or ITIN  xxx–xx–8124 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dorian James Steele** | Social Security number or ITIN  xxx–xx–1540 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of California** | Date case filed for chapter 7  3/9/18 |
| Case number: | 18–50519 MEH 7 | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tanya Sierra Steele | Dorian James Steele |
| 2. | **All other names used in the last 8 years** | aka Tanya Dee Restrepo | aka Dorian Humberto Restrepo |
| 3. | **Address** | 413 S Pastoria Ave<br>Sunnyvale, CA 94086 | 413 S Pastoria Ave<br>Sunnyvale, CA 94086 |
| 4. | **Debtor's attorney**<br>Name and address | Frank L. Kucera<br>Frank L. Kucera & Associates, PC<br>2490 Mariner Square Loop #260<br>Alameda, CA 94501 | Contact phone (510) 332–6282 |
| 5. | **Bankruptcy trustee**<br>Name and address | Mohamed Poonja<br>P.O. Box 1510<br>Los Altos, CA 94023–1510 | Contact phone 650–941–3400<br>Email: mp@poonja.us |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 280 South First Street<br>Room 3035<br>San Jose, CA 95113 | Hours open: 9:00 am to 4:30 pm, Monday – Friday<br><br>Contact phone: 408–278–7500<br><br>Date: 3/12/18 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                           page 1

| | | | |
|---|---|---|---|
| **7.** | **Meeting of creditors** | **April 12, 2018 at 11:00 AM** | Location: |
| | Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **U.S. Federal Bldg., 280 S 1st St. #130, San Jose, CA 95113** |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |
| **8.** | **Presumption of abuse** | The presumption of abuse does not arise. | |
| | If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| **9.** | **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline: 6/11/18** |
| | The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** <br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br>**You must file a motion:** <br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | | **Deadline to object to exemptions:** <br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**